AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Northern District of Florida

United States of America
v.

AMONTEA ALLEN JOHN MITCHELL

*Defendant(s)*

Case No. 4:26mj56-MAF

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of April 17, 2026 in the county of Leon in the Northern District of Florida, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 2422(b), | Attempted Enticement of a Minor, |
| 18 U.S.C. § 1470, and | Attempted Transmission of Obscene Material to a Minor, and |
| 18 U.S.C. § 922(g)(1) | Possession of a Firearm by a Convicted Felon |

This criminal complaint is based on these facts:

See Affidavit in Support of Criminal Complaint

☑ Continued on the attached sheet.

*Complainant's signature*

Jacob Scott, Special Agent, HSI

*Printed name and title*

Sworn to before me and signed in my presence.

Date: 04/24/2026

*Judge's signature*

City and state: Tallahassee, Florida

Charles A. Stampelos, U.S. Magistrate Judge

*Printed name and title*

RCV'D USDC FLND TL
APR 24 '26 AM10:18