IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

**FILED UNDER SEAL**

v. Case No. 4:26mj56-MAF

AMONTEA ALLEN JOHN MITCHELL

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Jacob Scott, being duly sworn, depose and state the following:

### I. INTRODUCTION

1. I have been employed as a Special Agent with the Department of Homeland Security (DHS), Homeland Security Investigations (HSI) since September 2025. In this role, I have been assigned to Tallahassee, Florida. Prior to my assignment to Tallahassee, Florida, I graduated from the Federal Law Enforcement Training Center (FLETC) located in Brunswick, Georgia where I completed the Criminal Investigator Training Program (CITP). Prior to attending FLETC, I was employed as a Narcotics Detective with the Wakulla County Sheriff's Office (WCSO) from August 2022 to September 2025. During this time, I was assigned to the North Star Multi-Jurisdictional Drug Task Force which covered fourteen counties in the Florida Panhandle. Additionally, I worked for the WCSO as a Road Patrol Deputy Field Training Officer (FTO), where I was responsible for teaching and assisting in the training newly-hired deputies.

RCV'D USDC FLND TL
APR 24 '26 AM10:18

2. As an HSI Special Agent, I have received training in and have experience investigating violations of immigration, firearms, and narcotics laws including criminal violations of Titles 8, 18, and 21 of the United States Code. I have assisted numerous investigations relating to narcotics and weapons trafficking, and I have participated in the execution of numerous search warrants, including those involving narcotics and weapons trafficking offenses.

3. This affidavit, made in support of a criminal complaint charging Amontea Allen John Mitchell ("MITCHELL"), contains probable cause establishing violations of 18 U.S.C. §§ 2422(b) (Attempted enticement of a minor), 1470 (Attempted transmission of obscene material), and 922(g)(1) (Felon in possession of a firearm).

4. The facts in this affidavit come from my review of the facts of this case from reading the reports of the investigation, my training and experience, and information obtained from other agents/investigators and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for this Criminal Complaint and associated arrest requested warrant, and does not set forth all of my knowledge about this matter.

## II. FACTS ESTABLISHING PROBABLE CAUSE

5. On April 17, 2026, I participated in a multi-agency, undercover chat operation aimed at identifying and locating adults who were using the Internet to sexually exploit minors. During the operation, I served in a surveillance capacity ~~as~~ and JS

was assigned to an arrest team, alongside members of the Leon County Sheriff's Office.

6. During the operation, Detective Z. Warren of the Tallahassee Police Department was acting in an undercover capacity. In doing so, he used the persona of a fictitious 15-year-old girl ("UC"). The UC had an undercover profile on a website called SkiptheGames, which is a popular escort website that is hosted overseas. The UC listed "her" phone number in an ad on SkiptheGames to which a suspect initiated contact with the UC through text message using phone number (850) 403-1963. Through investigative means, the person texting the UC was identified as MITCHELL (date of birth: 6/12/1998). The following is a summary of the communications between MITCHELL and the UC on April 17, 2026:

| End Time | Type | Direction | Content |
|---|---|---|---|
| 06:44:59 PM EDT | SMS | IN | Chill? |
| 06:45:58 PM EDT | SMS | OUT | yeahhh |
| 06:46:13 PM EDT | SMS | IN | Where? |
| 06:46:34 PM EDT | SMS | OUT | wherever you care if im younger |
| 06:46:54 PM EDT | SMS | IN | As in how young? |
| 06:49:34 PM EDT | SMS | IN | ? |
| 06:49:43 PM EDT | SMS | IN | U over 18? |
| 06:49:58 PM EDT | SMS | OUT | no im 15 |
| 06:51:06 PM EDT | SMS | IN | Oh nah. Idk if this the police or not |
| 06:51:54 PM EDT | SMS | OUT | lol im not r u |
| 06:53:10 PM EDT | SMS | IN | Prove it |
| 06:55:24 PM EDT | SMS | IN | Send me a pic |
| 06:56:21 PM EDT | MMS | OUT | **UC photo sent to Mitchell** |
| 06:57:41 PM EDT | SMS | IN | U got sc? |
| 06:58:34 PM EDT | SMS | OUT | no my parents are strict |
| 06:59:09 PM EDT | SMS | IN | Well what do u have? |
| 07:01:22 PM EDT | SMS | IN | iPhone? |

| | | | |
|---|---|---|---|
| 07:05:07 PM EDT | SMS | IN | U not chillin? |
| 07:10:24 PM EDT | SMS | OUT | i am |
| 07:11:14 PM EDT | SMS | IN | Ok |
| 07:11:25 PM EDT | SMS | IN | Where |
| 07:14:27 PM EDT | MMS | IN | **photo of black male's erect penis sent to UC** |
| 07:15:41 PM EDT | SMS | OUT | what did you send its just a black screen |
| 07:15:43 PM EDT | MMS | IN | **photo of Mitchell sent to UC** |
| 07:16:06 PM EDT | SMS | OUT | oh wow i dont think ive ever seen one that big |
| 07:16:21 PM EDT | SMS | IN | Call me |
| 07:16:48 PM EDT | SMS | OUT | kk one sex |
| 07:16:52 PM EDT | SMS | OUT | sec |
| 07:16:57 PM EDT | SMS | IN | Ok |
| 07:24:51 PM EDT | CALL | OUT | **phone call lasting approximately 5:09 made by UC to Mitchell**<br><br>*During this call, Mitchell asks the UC where she lives, says that things seem suspicious, asks if she was surprised about the photo that he just sent her (of the erect penis), asks if her parents are strict, and tells her that he just returned from New Mexico where he stayed for work.* |
| 07:25:32 PM EDT | SMS | IN | Maybe I can chill with ya tmw if u free |
| 07:26:14 PM EDT | SMS | OUT | my parents will be back tmrw :( |
| 07:26:35 PM EDT | SMS | IN | Where are they now? |
| 07:26:58 PM EDT | SMS | OUT | at the beach for the night |
| 07:27:06 PM EDT | SMS | IN | I can come today if u want |
| 07:27:15 PM EDT | SMS | IN | So are they staying? |
| 07:27:49 PM EDT | SMS | IN | Ion want to be there long n get u in trouble |
| 07:28:24 PM EDT | SMS | OUT | yeah they are staying tonight |
| 07:28:35 PM EDT | SMS | OUT | what you wanna do |
| 07:28:51 PM EDT | SMS | IN | Ok well I can come |
| 07:29:05 PM EDT | SMS | IN | Iâ€™ll have to uber cuz my car is fukked |

| | | | |
|---|---|---|---|
| 07:29:32 PM EDT | SMS | IN | What u tryna do when I get there? |
| 07:29:50 PM EDT | SMS | OUT | whatever you want whatcha got in mind |
| 07:31:26 PM EDT | SMS | IN | U ever had chocolate? |
| 07:31:55 PM EDT | SMS | OUT | i havent but i wouldnt be opposed |
| 07:32:04 PM EDT | SMS | IN | Iâ€™m tryna see if u gone spit or swallow. |
| 07:32:25 PM EDT | SMS | IN | Slap this dick on yo face |
| 07:32:34 PM EDT | SMS | OUT | hahahah whatever u want |
| 07:32:34 PM EDT | SMS | IN | Then see how u ride |
| 07:33:01 PM EDT | SMS | IN | Send me your address if u really want it |
| 07:33:05 PM EDT | SMS | IN | No games |
| 07:33:15 PM EDT | SMS | OUT | lemme see what you look like |
| 07:34:04 PM EDT | SMS | IN | How would uk if itâ€™s me or not on the picture I send? |
| 07:35:11 PM EDT | SMS | IN | Cuz I really needed to see ya on like a video call |
| 07:35:24 PM EDT | SMS | IN | Like I say I ainâ€™t tryna get in no trouble |
| 07:35:47 PM EDT | SMS | OUT | i dont want to get in trouble either |
| 07:35:54 PM EDT | SMS | OUT | i have no way to video call though |
| 07:37:20 PM EDT | SMS | IN | Ok well do this. U send a picture with your finger in yo pussy or you bent over with your ass showing then Iâ€™ll come fr |
| 07:37:37 PM EDT | SMS | IN | N give u the best dick you ever had |
| 07:37:54 PM EDT | SMS | OUT | that sounds nice |
| 07:37:58 PM EDT | SMS | OUT | i dont send nudes boo |
| 07:39:42 PM EDT | SMS | IN | Well send a picture of you winking mama |
| 07:43:40 PM EDT | SMS | IN | Come on. Iâ€™m bored |
| 07:44:02 PM EDT | MMS | OUT | how about this :)<br><br>*another photo of UC is sent to Mitchell* |
| 07:44:44 PM EDT | SMS | IN | Damn thatâ€™s u? |
| 07:44:49 PM EDT | SMS | IN | U just took that? |
| 07:45:02 PM EDT | SMS | OUT | yes lol |
| 07:45:41 PM EDT | SMS | IN | Yeah to what? |

| | | | |
|---|---|---|---|
| 07:45:50 PM EDT | SMS | OUT | both |
| 07:46:00 PM EDT | SMS | IN | Yo hair still like that? I can pull it |
| 07:47:21 PM EDT | SMS | OUT | yeahhhh hahahahah |
| 07:49:16 PM EDT | SMS | IN | What u gone do soon as I walk in the door? |
| 07:49:52 PM EDT | SMS | OUT | whatever you want me to |
| 07:49:56 PM EDT | SMS | OUT | lemme see what you look like |
| 07:50:15 PM EDT | SMS | IN | Who u gone show? |
| 07:50:31 PM EDT | SMS | OUT | no one boo im by myself |
| 07:50:42 PM EDT | SMS | IN | Donâ€™t save nun if yo parents gone take yo phone |
| 07:51:02 PM EDT | SMS | OUT | no im not ill delete it after too i promise |
| 07:53:39 PM EDT | SMS | IN | Ight |
| 07:55:29 PM EDT | MMS | IN | **photo sent to UC but no face is visible** |
| 07:56:46 PM EDT | SMS | OUT | i cant hardly see your face cause theres no lighting lol but u cute for sure |
| 07:59:42 PM EDT | SMS | OUT | u rlly gonna pull up |
| 08:00:14 PM EDT | SMS | IN | Long as yeen with no games |
| 08:00:25 PM EDT | SMS | IN | N ion go to jail |
| 08:00:45 PM EDT | SMS | OUT | i aint playin boo |
| 08:01:00 PM EDT | SMS | IN | Ok |
| 08:01:10 PM EDT | SMS | IN | Send yo address |
| 08:01:18 PM EDT | SMS | IN | Unless u got a car |
| 08:01:46 PM EDT | SMS | OUT | i aint got a car |
| 08:01:57 PM EDT | SMS | IN | Ok |
| 08:02:14 PM EDT | SMS | OUT | but u can come here if u have a way |
| 08:02:40 PM EDT | SMS | IN | Send the address |
| 08:03:23 PM EDT | SMS | OUT | okay u ubering? im gonna have you uber close and ill meet you and we can walk back together i dont want the car pulling up outside the house cause i have neighbors |
| 08:03:46 PM EDT | SMS | IN | Ok |
| 08:05:33 PM EDT | SMS | OUT | when? |
| 08:06:06 PM EDT | SMS | IN | When u send me the address |
| 08:06:21 PM EDT | SMS | IN | What u stay close by? |
| 08:09:14 PM EDT | CALL | IN | **attempted phone call made to UC** |

| | | | |
|---|---|---|---|
| 08:11:33 PM EDT | SMS | OUT | sunstop n monroe 3 minute walk to my house |
| 08:11:45 PM EDT | SMS | OUT | 3500 n monroe |
| 08:14:22 PM EDT | SMS | IN | I thought u stayed by Tharpe |
| 08:14:29 PM EDT | SMS | IN | Thatâ€™s what u said otp |
| 08:14:48 PM EDT | SMS | OUT | its not far from tharpe |
| 08:14:53 PM EDT | SMS | OUT | off old bainbridge |
| 08:15:00 PM EDT | SMS | OUT | like 3-4 minute drive from tharpe |
| 08:16:07 PM EDT | SMS | OUT | i wanted to make sure you were serious b4 i told you exactly where i lived lol |
| 08:16:28 PM EDT | SMS | IN | U got me nervous fr |
| 08:16:58 PM EDT | SMS | OUT | nothin to be nervous about boo |
| 08:17:26 PM EDT | SMS | IN | Promise? |
| 08:17:34 PM EDT | SMS | OUT | yes boo |
| 08:18:06 PM EDT | SMS | IN | Ok what u got on so ik when I see you? |
| 08:19:07 PM EDT | SMS | OUT | black leggings and a hoodie |
| 08:19:23 PM EDT | SMS | OUT | how long it gonna take u so i know when to walk over |
| 08:22:04 PM EDT | SMS | IN | Tryna get uber now |
| 08:22:07 PM EDT | SMS | IN | Bih $35 |
| 08:22:51 PM EDT | SMS | OUT | damn where you comin from lol |
| 08:23:50 PM EDT | SMS | IN | By Lincoln |
| 08:24:12 PM EDT | SMS | OUT | oh okay you not too far |
| 08:24:39 PM EDT | SMS | IN | What u wouldâ€™ve came here? |
| 08:25:12 PM EDT | SMS | OUT | i aint got no way too boo i was just sayin it wont take to long for you to get here |
| 08:26:58 PM EDT | SMS | IN | Ok |
| 08:28:58 PM EDT | SMS | OUT | just lmk when youre gonna be there so i can walk over |
| 08:31:05 PM EDT | SMS | IN | Ok |
| 08:31:37 PM EDT | SMS | IN | Donâ€™t be playin |
| 08:31:51 PM EDT | SMS | OUT | im not playin boo i promise |
| 08:32:13 PM EDT | SMS | IN | Send me another picture boo |
| 08:34:02 PM EDT | MMS | OUT | **another photo of UC sent to Mitchell** |
| 08:34:46 PM EDT | SMS | IN | Woah u look real young there |
| 08:34:51 PM EDT | SMS | IN | Not that one |

| | | | |
|---|---|---|---|
| 08:35:14 PM EDT | SMS | IN | So yo parents left u home alone? |
| 08:35:43 PM EDT | SMS | OUT | yeah they do all the time |
| 08:35:59 PM EDT | SMS | IN | How old are they? |
| 08:36:46 PM EDT | MMS | OUT | **photo of black screen sent to UC** |
| 08:40:48 PM EDT | SMS | OUT | u get ur uber yet |
| 08:43:27 PM EDT | CALL | IN | **attempted phone call made by Mitchell to UC** |
| 08:44:16 PM EDT | SMS | OUT | ?? |
| 08:45:01 PM EDT | SMS | IN | Call me rq |
| 08:45:31 PM EDT | SMS | IN | ?? |
| 08:53:58 PM EDT | CALL | IN | **phone call lasting approximately 7:16 made by Mitchell to UC**<br><br>*During this call, Mitchell asks the UC if she is wearing underwear, asks her what (sex) position she likes, and tells her that he will pick her up in the air and fuck her in the air, among other things.* |
| 09:06:05 PM EDT | SMS | OUT | u find a uber? |
| 09:08:05 PM EDT | SMS | IN | Yea |
| 09:08:16 PM EDT | SMS | OUT | yayyy |
| 09:14:00 PM EDT | SMS | OUT | lmk when you close |
| 09:18:38 PM EDT | SMS | IN | I am |
| 09:19:01 PM EDT | SMS | OUT | u at the store yet |
| 09:19:01 PM EDT | SMS | IN | Here |
| 09:19:19 PM EDT | SMS | IN | Yeah |
| 09:20:26 PM EDT | CALL | IN | **attempted phone call made by Mitchell to UC** |
| 09:21:14 PM EDT | SMS | OUT | u hung up? im almost to the gas station |
| 09:22:38 PM EDT | CALL | IN | **attempted phone call made by Mitchell to UC** |

7. As noted above, during his communications with the UC, MITCHELL agreed to meet "her" in a predetermined location in Leon County, Florida. Upon his arrival at the predetermined location to meet with the UC,

MITCHELL was arrested for state felonies relating to his communications with and travel to meet the UC.

8. During a search of MITCHELL incident to his arrest, law enforcement located a small black backpack in MITCHELL's possession that contained a loaded Kahr Arms .40 caliber handgun (S/N J02376). A criminal history check was conducted on scene, and it was discovered that MITCHELL was a two-time convicted felon.

9. MITCHELL was taken to a predetermined interview location and placed into a secure vehicle, which was actively being audio and video recorded body worn camera on a Leon County Sheriff's Office deputy. MITCHELL was advised of his *Miranda* Rights, acknowledged that he understood them, and agreed to speak to investigators. During the interview, MITCHELL stated that the firearm belonged to his ex-girlfriend and he took it with him in case there was a "set-up" during his meeting with the UC. MITCHELL acknowledged that he knew he should not have been in possession of the firearm.

10. On or about June 14, 2021, MITCHELL was adjudicated guilty/convicted of armed burglary of dwelling or conveyance, grand theft of a firearm, and criminal mischief (Leon County, Florida case number 2020CF1491). As a result of that conviction, MITCHELL was sentenced to serve 319 days imprisonment and 3 years' probation.

**11.** Based on information provided by Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) SA Will Roper, who examined the Kahr Arms .40 caliber handgun (S/N J02376), this firearm was manufactured outside of the state of Florida. Therefore, the firearm traveled in and affected interstate commerce.

## III. CONCLUSION

12. Based upon the aforementioned facts, I submit that there is probable cause to believe that on April 17, 2026, in the Northern District of Florida, MITCHELL violated 18 U.S.C. §§ 2422(b) (Attempted enticement of a minor), 1470 (Attempted transmission of obscene material), and 922(g)(1) (Felon in possession of a firearm).

Jacob Scott
Special Agent
Homeland Security Investigations

Subscribed and sworn before me this 24th day of April, 2026.

CHARLES A. STAMPELOS
United States Magistrate Judge